# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ariana Caparelli,<br><br>      Plaintiff,<br><br>v.<br><br>Alan H Zimmerman PC, et al.,<br><br>      Defendants. | No. CV-18-02281-PHX-ROS<br><br>**ORDER** |

The court, having considered the parties' Stipulation to Dismiss (Doc. 31), and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 31) is **GRANTED**, dismissing this action in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

Dated this 12th day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge